

The following constitutes the order of the court.
Signed April 24, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Laurie Williams,

          Debtor.

No. 17-40447

Chapter 13

**MEMORANDUM REGARDING FILINGS OF STANLEY WILLIAMS**

On March 13, 2017, Stanley Williams filed a *Declaration of Stanley Williams in Opposition* ("the Declaration") (doc. 13). It is not entirely clear to the Court what relief is being sought in this filing or what legal grounds exist to grant such relief. On April 21, 2017, Stanley Williams filed a *Motion for Relief From Stay* ("the Motion") (doc. 21). Neither the Declaration nor the Motion appear to have been served on parties in interest or scheduled for hearing by Mr. Williams to the extent such a hearing is required.

For the Court to take further action on either matter, Mr. Williams will need to comply with this Court's Local Rules by providing appropriate notice and setting matters for hearing to the extent required by this Court's Local Rules and the Federal Rules of Civil Procedure.

*END OF ORDER*

1

# COURT SERVICE LIST

**Laurie Ann Williams**
P.O. Box 22482
Oakland, CA 94609

**Stanley Williams**
1155-C Arnold Drive, #413
Martinez, CA 94553